# EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHER DISTRICT OF ILLINOIS
## EASTERN DIVISION

Anthony B. Clark, et al.,

     Plaintiffs,

vs.

Manley Deas Kochalski LLC,

     Defendant.

Case No. 1:19-cv-06219

Honorable Judge Mary M. Rowland

## WRITTEN DECLARATION OF BENJAMIN W. OGG

Benjamin W. Ogg, under penalty of perjury states as follows on the basis of personal knowledge:

1. I am the Director of Compliance for Manley Deas Kochalski, LLC ("MDK"). I am a licensed Ohio attorney in good standing, duly authorized by MDK to make the representations contained in this declaration, and competent to testify to the matters stated in this declaration.

2. As Director of Compliance for MDK, my duties include monitoring MDK's operations to ensure that they comply with applicable laws, including the Fair Debt Collections Practices Act.

3. As Director of Compliance for MDK, I am familiar and work with MDK's electronic recordkeeping system and the records contained therein. MDK's electronic recordkeeping system includes business records for and relating to the foreclosure referral for plaintiffs

19-034238_ACS2

E14

Maria V. Clark and Anthony B. Clark (the "Clarks"). All of the copies of documents attached to and authenticated by this declaration are copies of business records maintained in MDK's electronic recordkeeping system.

4.  The records contained in MDK's electronic recordkeeping system are created and maintained in the ordinary course of business. These business records were made at or near the time of the event, and by or from information transmitted from a person with knowledge.

5.  Consistent with the attached title report and supporting documentation maintained in MDK's recordkeeping system, the Clarks acquired title to Unit 025021, Week 28, Bella Florida Condominium ("Bella"), Orange County, Florida (the "subject property") by virtue of a deed from SVO Vistana Villages, Inc., a Florida corporation, dated August 18, 2003, recorded September 8, 2003, at Document Number 20030508769, and recorded in Book 07086, Page 4205, Orange County, Florida records. According to the title report, the Clarks still held title to the subject property through the end of the title search period, June 6, 2019. A true and accurate copy of the title report and supporting documentation is attached hereto as **Exhibit A.**

6.  The Clarks filed a petition for relief under Chapter 13 of the U.S. Bankruptcy code on January 31, 2013. A review of the docket for the Clarks Chapter 13 case does not indicate that the Clarks transferred the subject property to any other party. A true and accurate copy of the bankruptcy docket for their Chapter 13 proceeding is attached hereto as **Exhibit B.**

7.  On or about July 1, 2019, MDK received a referral from Bella to foreclose the Clarks' interest in the subject property due to unpaid assessments, charges, and fees. According

19-034238_ACS2

to the title report and other information provided by Bella, the Clarks had stopped paying assessments for the subject property after 2012, missing annual payments from 2013 through 2018, and resulting in the creation of bulk liens in the amount of $7,867.40.

8.    On or about August 14, 2019, MDK sent the Clarks a letter regarding the subject property and entitled, "NOTICE OF DEFAULT AND INTENT TO FORECLOSE." A true and accurate copy of the letter is attached hereto as **Exhibit C.**

9.    MDK's letter sets forth the amount due and owing related to the assessments, interest thereon, real estate taxes, collection costs or other fees incurred, lien late charges, title search charges, and attorneys' fees then billed by MDK. The total amount due and owing stated in the letter is $12,137.89.

10.   MDK's letter does not state any amounts due and owing from the subject property that were incurred prior to when the Clarks filed their Chapter 13 petition on January 31, 2013. MDK's letter includes delinquent assessments incurred between 2014 and 2019, for a total of $6,597.05, omitting assessments from 2013 in the amount of $1,270.35 that became due prior to the Clarks filing their Chapter 13 petition. All of the amounts stated in the August 14, 2019 letter were incurred after the Clarks filed their Chapter 13 petition.

11.   All of the other charges stated in MDK's August 14, 2019 letter to the Clarks were also incurred after the Clarks filed their Chapter 13 petition. Interest charges on the delinquent assessments in the amount of $4,095.74 were incurred for 1241 days before the date of the August 14, 2019 letter, or from early 2016, more than three years after the Clarks filed their Chapter 13 petition.

19-034238_ACS2

12.   The real estate taxes in the amount of $870.10 set forth in MDK's letter were incurred in the following amounts on the following dates, consistent with the "Owner Condominium History," a true and accurate copy of which is attached hereto as **Exhibit D:**

| | |
|---|---|
| 1/1/2014: | $147.82 |
| 1/1/2015: | $180.66 |
| 1/1/2016: | $184.18 |
| 1/1/2017: | $194.78 |
| 1/1/2018: | $162.66 |
| Total: | $870.10 |

All of these amounts were incurred after the Clarks filed their Chapter 13 petition on January 31, 2013.

13.   $65.00 in collection costs or other fees incurred set forth in MDK's letter were incurred on the following dates, consistent with "Owner Condominium History," a true and accurate copy of which is attached hereto as **Exhibit D:**

| | |
|---|---|
| 6/1/2018: | $20.00 |
| 10/01/2018: | $45.00 |
| Total: | $65.00 |

All of these amounts were incurred after the Clarks filed their Chapter 13 petition on January 31, 2013.

14.   $125.00 in lien late charges set forth in MDK's letter were incurred on the following dates, consistent with "Owner Condominium History," a true and accurate copy of which is attached hereto as **Exhibit D:**

| | |
|---|---|
| 2/2/2014: | $25.00 |

19-034238_ACS2

| 2/2/2015: | $25.00 |
|---|---|
| 2/3/2016: | $25.00 |
| 2/2/2017: | $25.00 |
| 2/2/2018: | $25.00 |
| Total: | $125.00 |

All of these amounts were incurred after the Clarks filed their Chapter 13 petition on January 31, 2013.

15.     $45.00 in title search fees set forth in MDK's letter were incurred on June 19, 2019, consistent with "Owner Condominium History," a true and accurate copy of which is attached hereto as **Exhibit D**. These fees were incurred after the Clarks filed their Chapter 13 petition on January 31, 2013.

16.     $340.00 in attorneys' fees set forth in MDK's letter were earned by MDK prior to the August 14, 2019 letter and paid by MDK's client on August 20, 2019, consistent with "Owner Condominium History," a true and accurate copy of which is attached hereto as **Exhibit D**. These fees were earned and paid after the Clarks filed their Chapter 13 petition on January 31, 2013.

17.     Because the Clarks have not paid the amount due and owing set forth above, a Trustee's Notice of Sale has issued for the subject property to be sold on December 12, 2019. A true and accurate copy of the Trustee's Notice of Sale is attached hereto as **Exhibit E.**


        I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed on this 2nd day of December, 2019.


        Signed: _____

        Printed Name: Benjamin W. Ogg,
        Director of Compliance,
        Manley Deas Kochalski LLC


19-034238_ACS2

# EXHIBIT 1-A



**CHICAGO TITLE
INSURANCE COMPANY**

2400 Maitland Center Pkwy, Suite 110
Maitland, FL 32751
Phone: (407)670-0798 / Fax: (407)670-0814

## PROPERTY INFORMATION REPORT

**Order No.:** 26193430
**Customer Ref. No.:**
**Addressee:** BELLA FLORIDA CONDOMINIUM ASSOCIATION, INC.
9002 San Marco Court, Orlando, FL 32819
(407)903-4726

Chicago Title Insurance Company has caused to be made a search of the Public Records of Orange County, Florida, ("Public Records") from September 8, 2003, through June 6, 2019 12:00 AM, as to the following described real property lying and being in the aforesaid County, to-wit:

Unit Week 28, in Unit 02502, an ANNUAL Unit Week AND Unit Week 28, in Unit 02501, an ANNUAL Unit Week, BELLA FLORIDA CONDOMINIUM, together with all appurtenances thereto, according to the Declaration of Condominium of Bella Florida Condominium, as recorded in Official Records Book 6222, Page 1987, Public Records of Orange County, Florida, and all amendments thereof and supplements thereto, if any.

As of the effective date of this Report, the apparent record Fee Simple title owner(s) to the above described real property is/are:

MARIA V CLARK AKA M CLARK AND ANTHONY B CLARK AKA A B CLARK, HER HUSBAND BY DEED AS RECORDED IN DOC# 20030508769

The following liens against the said real property recorded in the aforesaid Public Records have been found:

1. ENCUMBRANCES:

   CLAIM OF LIEN IN DOC# 20180323998
   CLAIM OF LIEN IN DOC# 20180324081

2. EXAMINERS NOTE:
   ALL CLAIM OF LIENS, ASSIGNMENTS OF CLAIM OF LIENS AND SATISFACTIONS SHOULD HAVE A CORPORATE SEAL AFFIXED OR BE SIGNED BY THE PRESIDENT

Public Records shall be defined herein as those records currently established under the Florida Statutes for the purpose of imparting constructive notice of matters relating to real property to purchasers for value and without knowledge.

This Report shows only matters disclosed in the aforesaid Public Records, and it does not purport to insure or guarantee the validity or sufficiency of any documents noted herein; nor have the contents of any such documents been examined for references to other liens or encumbrances. This Report is not to be construed as an opinion, warranty, or guarantee of title, or as a title insurance policy; and its effective date shall be the date above specified through which the Public Records were searched. This Report is being provided for the use and benefit of the Addressee(s) only, and it may not be used or relied upon by any other party. This Report may not be used by a Chicago Title Insurance Company agent for the purpose of issuing a Chicago Title Insurance Company title insurance commitment or policy.

This Report is not title insurance. Pursuant to s. 627.7843, Florida Statutes, the maximum liability of the issuer of this property information report for errors or omissions in this property information report is limited to the amount paid for this property information report, and is further limited to the person(s) expressly identified by name in the property information report as the recipient(s) of the property information report.

# PROPERTY INFORMATION REPORT
### (continued)

IN WITNESS WHEREOF, the undersigned have executed this document on the date(s) set forth below.



CHICAGO TITLE
INSURANCE COMPANY

_____
Authorized Signatory

# EXHIBIT "A"

## LIMITATION LANGUAGE FOR LIMITATION TO AMOUNT OF FEE PAID FOR SEARCH

YOU EXPRESSLY AGREE AND ACKNOWLEDGE THAT IT IS EXTREMELY DIFFICULT, IF NOT IMPOSSIBLE, TO DETERMINE THE EXTENT OF LOSS WHICH COULD ARISE FROM ERRORS OR OMISSIONS IN, OR THE COMPANY'S NEGLIGENCE IN PRODUCING, THE REPORT. YOU RECOGNIZE THAT THE FEE CHARGED IS NOMINAL IN RELATION TO THE POTENTIAL LIABILITY WHICH COULD ARISE FROM SUCH ERRORS OR OMISSIONS OR NEGLIGENCE. THEREFORE, YOU UNDERSTAND THAT THE COMPANY WAS NOT WILLING TO PROCEED IN THE PREPARATION AND ISSUANCE OF THE REQUESTED REPORT BUT FOR YOUR AGREEMENT THAT THE COMPANY'S LIABILITY IS STRICTLY LIMITED.

YOU AGREE THAT MATTERS AFFECTING TITLE BUT WHICH DO NOT APPEAR AS A LIEN OR ENCUMBRANCE AS DEFINED IN THE CUSTOMER AGREEMENT OR APPLICATION ARE OUTSIDE THE SCOPE OF THE REPORT.

YOU AGREE AND ACKNOWLEDGE THAT PURSUANT TO s. 627.7843, FLORIDA STATUTES, THE MAXIMUM LIABILITY OF THE ISSUER OF THIS PROPERTY INFORMATION REPORT FOR ERRORS OR OMISSIONS IN THIS PROPERTY INFORMATION REPORT IS LIMITED TO THE AMOUNT PAID FOR THIS PROPERTY INFORMATION REPORT, AND IS FURTHER LIMITED TO THE PERSON(S) EXPRESSLY IDENTIFIED BY NAME IN THE PROPERTY INFORMATION REPORT AS THE RECIPIENT(S) OF THE PROPERTY INFORMATION REPORT.

YOU AGREE THAT THE FOREGOING LIMITATION ON LIABILITY IS A TERM MATERIAL TO THE PRICE YOU ARE PAYING WHICH PRICE IS LOWER THAN WOULD OTHERWISE BE OFFERED TO YOU WITHOUT SAID TERM. YOU RECOGNIZE THAT THE COMPANY WOULD NOT ISSUE THIS REPORT, BUT FOR YOUR AGREEMENT, AS PART OF THE CONSIDERATION GIVEN FOR THIS REPORT, TO THE FOREGOING LIMITATION OF LIABILITY AND THAT ANY SUCH LIABILITY IS CONDITIONED AND PREDICATED UPON THE FULL AND TIMELY PAYMENT OF THE COMPANY'S INVOICE FOR THIS REPORT.

THIS REPORT IS LIMITED IN SCOPE AND IS NOT AN ABSTRACT OF TITLE, TITLE OPINION, PRELIMINARY TITLE REPORT, TITLE REPORT, COMMITMENT TO ISSUE TITLE INSURANCE, OR A TITLE POLICY, AND SHOULD NOT BE RELIED UPON AS SUCH. IN PROVIDING THIS REPORT, THE COMPANY IS NOT ACTING AS AN ABSTRACTOR OF TITLE. THIS REPORT DOES NOT PROVIDE OR OFFER ANY TITLE INSURANCE, LIABILITY COVERAGE OR ERRORS AND OMISSIONS COVERAGE. THIS REPORT IS NOT TO BE RELIED UPON AS A REPRESENTATION OF THE STATUS OF TITLE TO THE PROPERTY. THE COMPANY MAKES NO REPRESENTATIONS AS TO THE REPORT'S ACCURACY, DISCLAIMS ANY WARRANTIES AS TO THE REPORT, ASSUMES NO DUTIES TO YOU, DOES NOT INTEND FOR YOU TO RELY ON THE REPORT, AND ASSUMES NO LIABILITY FOR ANY LOSS OCCURRING BY REASON OF RELIANCE ON THIS REPORT OR OTHERWISE.

IF YOU DO NOT WISH TO LIMIT LIABILITY AS STATED HEREIN AND YOU DESIRE THAT ADDITIONAL LIABILITY BE ASSUMED BY THE COMPANY, YOU MAY REQUEST AND PURCHASE A POLICY OF TITLE INSURANCE, A BINDER, OR A COMMITMENT TO ISSUE A POLICY OF TITLE INSURANCE. NO ASSURANCE IS GIVEN AS TO THE INSURABILITY OF THE TITLE OR STATUS OF TITLE. YOU EXPRESSLY AGREE AND ACKNOWLEDGE THAT YOU HAVE AN INDEPENDENT DUTY TO ENSURE AND/OR RESEARCH THE ACCURACY OF ANY INFORMATION OBTAINED FROM THE COMPANY OR ANY PRODUCTS OR SERVICES PURCHASED.

NO THIRD PARTY IS PERMITTED TO USE OR RELY UPON THE INFORMATION SET FORTH IN THIS REPORT, AND NO LIABILITY TO ANY THIRD PARTY IS UNDERTAKEN BY THE COMPANY.

YOU AGREE THAT, TO THE FULLEST EXTENT PERMITTED BY LAW, IN NO EVENT WILL THE COMPANY, ITS LICENSORS, AGENTS, SUPPLIERS, RESELLERS, SERVICE PROVIDERS, CONTENT PROVIDERS, OR ANY OTHER SUBSCRIBERS OR SUPPLIERS, SUBSIDIARIES, AFFILIATES, EMPLOYEES, AND SUBCONTRACTORS BE LIABLE FOR CONSEQUENTIAL, INCIDENTAL, INDIRECT, PUNITIVE, EXEMPLARY, OR SPECIAL DAMAGES, OR LOSS OF PROFITS, REVENUE, INCOME, SAVINGS, DATA, BUSINESS, OPPORTUNITY, OR GOODWILL, PAIN AND SUFFERING, EMOTIONAL DISTRESS, NON-OPERATION OR INCREASED EXPENSE OF OPERATION, BUSINESS INTERRUPTION OR DELAY, COST OF CAPITAL, OR COST OF REPLACEMENT PRODUCTS OR SERVICES, REGARDLESS OF WHETHER SUCH LIABILITY IS BASED ON BREACH OF CONTRACT, TORT, NEGLIGENCE, THE COMPANY'S OWN FAULT AND/OR NEGLIGENCE, STRICT LIABILITY, BREACH OF WARRANTIES, FAILURE OF ESSENTIAL PURPOSE, OR OTHERWISE AND WHETHER CAUSED BY NEGLIGENCE, ERRORS, OMISSIONS, STRICT LIABILITY,

# EXHIBIT "A"
### (continued)

BREACH OF CONTRACT, BREACH OF WARRANTY, THE COMPANY'S OWN FAULT AND/OR NEGLIGENCE OR ANY OTHER CAUSES WHATSOEVER, AND EVEN IF THE COMPANY HAS BEEN ADVISED OF THE LIKELIHOOD OF SUCH DAMAGES OR KNEW OR SHOULD HAVE KNOWN OF THE POSSIBILITY FOR SUCH DAMAGES.

THESE LIMITATIONS WILL SURVIVE THE CONTRACT.

SVV

<u>23-24-28-5844-00320/00341</u>
Parcel ID Number      Account Number

INSTR 20030508769
OR BK 07086 PG 4205
MARTHA O. HAYNIE, COMPTROLLER
ORANGE COUNTY, FL
09/08/2003 09:32:02 AM
DEED DOC TAX 181.30
REC FEE 6.00
LAST PAGE

# SPECIAL WARRANTY DEED

         **SVO VISTANA VILLAGES, INC.,** a Florida corporation, herein called Grantor, whose Post Office Box is 22197, Lake Buena Vista, Florida 32830, for valuable consideration hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms to _____ <u>MARIA V CLARK & ANTHONY B CLARK, HER HUSBAND</u> <u>AKA M CLARK     AKA A B CLARK</u>

herein called Grantee, whose address for tax purposes is _____ <u>P.O. Box 22051 Lake Buena Vista, FL. 32830</u>

*Space above reserved for recording information.*

Unit Week <u>28</u>       in Unit <u>02502</u>     , an <u>Annual</u>            Unit Week,
Unit Week <u>28</u>       in Unit <u>02501</u>     , an <u>Annual</u>            Unit Week,

<u>Bella Florida</u> _____ CONDOMINIUM, together with all appurtenances thereto, according and subject to the Declaration of Condominium of <u>Bella Florida</u> _____ Condominium, as recorded in Official Records Book <u>6222</u>, Page <u>1987</u>, Public Records of Orange County, Florida, and all amendments thereof and supplements thereto, if any ("Declaration").

         Subject to the following:
         1.     The Declaration;
         2.     The Master Declaration of Covenants, Conditions, and Restrictions and all amendments thereof and supplements thereto, if any;
         3.     Taxes for the current year and subsequent years; and
         4.     Conditions, restrictions, limitations, reservations, easements and other matters of record.

         The benefits and obligations hereunder shall inure to and be binding upon the heirs, executors, administrators, successors and assigns of the respective parties hereto. The Grantor covenants with the Grantee that the Grantor is lawfully seized of the above property in fee simple; that the Grantor has good, right, and lawful authority to sell and convey the above property, and warrants the title to the above property and will defend the same against the lawful claims of all persons claiming by, through, or under the Grantor, but none other.

                                         **SVO VISTANA VILLAGES, INC.,**
                                         a Florida corporation

Witness
Signature: _____

Print Name: <u>Linda Melendez</u>

Witness
Signature: _____

Print Name: <u>Betty Ann Claypool</u>

By: _____
Print Name: <u>Minerva Cruz</u>
Title:     <u>Authorized Agent</u>

            (Corporate Seal)

STATE OF FLORIDA
COUNTY OF ORANGE
         The foregoing instrument was acknowledged before me this <u>18th</u> day of <u>August 2003</u>, by <u>Minerva Cruz</u> _____ as <u>Authorized Agent</u> _____ of SVO VISTANA VILLAGES, INC., a Florida corporation, on behalf of the corporation under due authority therefrom. He/She is personally known to me.

This document prepared by:
Heather Brandow
Vacation Title Services, Inc.
8801 Vistana Centre Drive
Orlando, Florida 32821

Return to:   03-35
American Pioneer Title Insurance
VO Division
489 E. Semoran Blvd. #109-A
Casselberry, Florida 32707

Notary Public's
Signature: _____
Print Name:
Notary Public, State of _____
Commission No.
My Commission Expires:         (Seal)

LINDAL MELENDEZ
MY COMMISSION # DD 027165
EXPIRES: May 20, 2006
Bonded Thru Notary Public Underwriters

WDA032 (Rev. 1-17-03)

DOC # 20180323998
08/04/2018 09:12 AM  Page 1 of 4
Rec Fee: $35.50
Deed Doc Tax: $0.00
Mortgage Doc Tax: $0.00
Intangible Tax: $0.00
Phil Diamond, Comptroller
Orange County, FL
Ret To: SIMPLIFILE LC

*Space above is reserved for recording information*

**CLAIM OF LIEN FOR DELINQUENT CONDOMINIUM ASSESSMENTS
AND REAL ESTATE TAXES**

STATE OF FLORIDA
COUNTY OF ORANGE

Before me, the undersigned authority authorized to take oaths and acknowledgements in the State and County aforesaid, appeared John Adams, as authorized representative of Vistana Management, Inc., a Florida Corporation, ("Manager"), whose post office address is 9002 San Marco Ct, Orlando, Florida 32819, who, being by me first duly sworn, deposes and says:

1. That, the Manager is authorized by Bella Florida Condominium Association, Inc., a Florida corporation not-for-profit ("Association"), to exercise all of the delegable powers and authority of the Association in the collection of assessments for common expenses and ad valorem real estate taxes from owners of units and units weeks at Bella Florida Condominium, a condominium ("the Condominium") according to the Declaration of Condominium thereof as recorded in Official Records Book 6222, Page 1987, Public Records of Orange County, Florida, and all amendments thereof and supplements thereto (the "Declaration");

2. That, assessments for common expenses and ad valorem real estate taxes were due on the dates reflected on EXHIBIT A;

3. That, pursuant to Section 8.1(a) of the Declaration, all assessments for common expenses that remain unpaid for more than ten (10) days after the due date shall bear interest at the highest rate permitted by law per annum from the date due until paid. A late charge of $25.00 shall also be due on all delinquent accounts; and

4. That, this Claim of Lien is for such unpaid assessments and ad valorem taxes, together with accrued interest, late charges, and all reasonable costs and attorneys' fees which are incurred by the Association incident to the collection thereof, as granted by the provisions of Sections 192.037 and 721.16, of the Florida Statutes, as well as the Declaration for the Condominium upon the Unit Weeks listed on EXHIBIT A and legally described as follows:

    Unit Week (see EXHIBIT A) in Unit (see EXHIBIT A), an, (see EXHIBIT A) Unit Week Bella Florida Condominium, together with all appurtenances thereto, according and subject to the Declaration of Condominium of Bella Florida Condominium.

EXECUTED this 1st day of June, 2018.

BELLA FLORIDA CONDOMINIUM ASSOCIATION, INC.,
a Florida not-for-profit corporation

BY:  VISTANA MANAGEMENT, INC. a Florida corporation

BY: _Adams_
Andrea Cortes-Ramos
Authorized Representative

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me this 1st day of June, 2018, by Andrea Cortes-Ramos as authorized representative of Vistana Management, Inc., a Florida corporation, as agent for Bella Florida Condominium Association, Inc., a Florida not-for-profit corporation, on behalf of the corporation, who is personally known to me.

_Wendy J Bridegroom_
Notary Public
Print Name:
Commission No.:
My Commission Expires:

Prepared By:
Robin Suarez, Esq.
9002 San Marco Court
Orlando, Florida 32819

After Recording Return To:
Association Management
9002 San Marco Court
Orlando, Florida 32819

Notary Public State of Florida
Wendy J Bridegroom
My Commission FF 976246
Expires 03/24/2020

Rev. 05-03-16



| Week | Unit | Product Type | Owner Names | Assessment Amount | Year | Due Date |
|---|---|---|---|---|---|---|
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,270.35 | 2013 | 1/7/2013 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,307.40 | 2014 | 1/8/2014 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,319.01 | 2015 | 1/8/2015 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,306.60 | 2016 | 1/8/2016 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,330.81 | 2017 | 1/9/2017 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,333.23 | 2018 | 1/5/2018 |

Rev. 05-03-15

DOC # 20180324081
09/04/2018 09:30 AM  Page 1 of 4
Rec Fee: $35.50
Deed Doc Tax: $0.00
Mortgage Doc Tax: $0.00
Intangible Tax: $0.00
Phil Diamond, Comptroller
Orange County, FL
Ret To: SIMPLIFILE LC

CLAIM OF LIEN FOR DELINQUENT CONDOMINIUM ASSESSMENTS
AND REAL ESTATE TAXES

STATE OF FLORIDA
COUNTY OF ORANGE

Before me, the undersigned authority authorized to take oaths and
acknowledgements in the State and County aforesaid, appeared John
Adams, as authorized representative of Vistana Management, Inc., a
Florida Corporation, ("Manager"), whose post office address is 9002 San
Marco Ct, Orlando, Florida 32819, who, being by me first duly sworn,
deposes and says:

*Space above is reserved for recording information.*

1. That, the Manager is authorized by Bella Florida Condominium Association, Inc., a Florida corporation not-for-profit
   ("Association"), to exercise all of the delegable powers and authority of the Association in the collection of
   assessments for common expenses and ad valorem real estate taxes from owners of units and units weeks at Bella
   Florida Condominium, a condominium ("the Condominium") according to the Declaration of Condominium thereof as
   recorded in Official Records Book 6222, Page 1987, Public Records of Orange County, Florida, and all amendments
   thereof and supplements thereto (the "Declaration");

2. That, assessments for common expenses and ad valorem real estate taxes were due on the dates reflected on
   EXHIBIT A;

3. That, pursuant to Section 8.1(a) of the Declaration, all assessments for common expenses that remain unpaid for
   more than ten (10) days after the due date shall bear interest at the highest rate permitted by law per annum from the
   date due until paid. A late charge of $25.00 shall also be due on all delinquent accounts; and

4. That, this Claim of Lien is for such unpaid assessments and ad valorem taxes, together with accrued interest, late
   charges, and all reasonable costs and attorneys' fees which are incurred by the Association incident to the collection
   thereof, as granted by the provisions of Sections 192.037 and 721.16, of the Florida Statutes, as well as the
   Declaration for the Condominium upon the Unit Weeks listed on EXHIBIT A and legally described as follows:

   Unit Week (see EXHIBIT A) in Unit (see EXHIBIT A), an, (see EXHIBIT A) Unit Week Bella Florida
   Condominium, together with all appurtenances thereto, according and subject to the Declaration of
   Condominium of Bella Florida Condominium.

EXECUTED this 1st day of June, 2018.

BELLA FLORIDA CONDOMINIUM ASSOCIATION, INC.,
a Florida not-for-profit corporation

BY:  VISTANA MANAGEMENT, INC. a Florida corporation

BY:  _Achamus_
     Andrea Cortes-Ramos
     Authorized Representative

STATE OF FLORIDA
COUNTY OF ORANGE

The foregoing instrument was acknowledged before me this 1st day of June, 2018, by Andrea Cortes-Ramos as authorized
representative of Vistana Management, Inc., a Florida corporation, as agent for Bella Florida Condominium Association, Inc.,
a Florida not-for-profit corporation, on behalf of the corporation, who is personally known to me.

_Wendy J Bridegroom_
Notary Public
Print Name:
Commission No.:
My Commission Expires:

Prepared By:
Robin Suarez, Esq.
9002 San Marco Court
Orlando, Florida 32819

After Recording Return To:
Association Management
9002 San Marco Court
Orlando, Florida 32819

Notary Public State of Florida
Wendy J Bridegroom
My Commission FF 975248
Expires 03/24/2020

| Week | Unit | Product Type | Owner Names | Assessment Amount | Year | Due Date |
|---|---|---|---|---|---|---|
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,270.35 | 2013 | 1/7/2013 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,307.40 | 2014 | 1/8/2014 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,319.01 | 2015 | 1/8/2015 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,306.60 | 2016 | 1/8/2016 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,330.81 | 2017 | 1/9/2017 |
| 28 | 02502 02501 | Annual | MARIA V. CLARK ANTHONY B. CLARK | $1,333.23 | 2018 | 1/5/2018 |

Rev. 05-03-16

# EXHIBIT 1-B

**CLOSED**

# U.S. Bankruptcy Court
## Northern District of Illinois (Eastern Division)
### Bankruptcy Petition #: 13-03941

|  |  |
|---|---|
| *Assigned to:* Honorable Judge Pamela S. Hollis | *Date filed:* 01/31/2013 |
| Chapter 13 | *Date terminated:* 05/23/2017 |
| Voluntary | *Debtor discharged:* 03/31/2017 |
| Asset | *Joint debtor discharged:* 03/31/2017 |
|  | *Plan confirmed:* 04/05/2013 |
|  | *341 meeting:* 03/06/2013 |
|  | *Deadline for filing claims:* 06/04/2013 |
| *Debtor disposition:* Standard Discharge | *Deadline for filing claims (govt.):* 07/30/2013 |
| *Joint debtor disposition:* Standard Discharge |  |

| | |
|---|---|
| ***Debtor 1***<br>**Anthony Benjamin Clark**<br>2882 McLellan Boulevard<br>Yorkville, IL 60560<br>KENDALL-IL<br>SSN / ITIN: xxx-xx-6535<br>*aka* **Tony Clark**<br>*aka* **Anthony Thill Clark** | represented by **Mohammed O Badwan**<br>Sulaiman Law Group, LTD<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148<br>(630) 575-8181 ext 114<br>Fax : (630) 575-8188<br>Email: mbadwan@sulaimanlaw.com<br><br>**Joseph S Davidson**<br>Sulaiman Law Group, Ltd.<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148<br>(630) 575-8181 ext 116<br>Fax : (630) 575-8188<br>Email: jdavidson@sulaimanlaw.com<br><br>**James J Haller**<br>James J. Haller Attorney at Law<br>204 Edgemont Street<br>Mundelein, IL 60060<br>618-420-1568<br>Email: jhaller@hallerlawgroup.com<br>*TERMINATED: 09/11/2017* |
| ***Debtor 2***<br>**Maria Vida Clark**<br>2882 McLellan Boulevard<br>Yorkville, IL 60560<br>KENDALL-IL<br>SSN / ITIN: xxx-xx-0205 | represented by **Mohammed O Badwan**<br>(See above for address)<br><br>**Joseph S Davidson**<br>(See above for address) |

*fka* **Maria Vida Aldagany**

**James J Haller**
(See above for address)
*TERMINATED: 09/11/2017*

*Trustee*
**Glenn B Stearns**
801 Warrenville Road
Suite 650
Lisle, IL 60532
630-981-3888

*U.S. Trustee*
**Patrick S Layng**
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604
312-886-5785

| Filing Date | # | Docket Text |
|---|---|---|
| 01/31/2013 | <u>1</u><br>(46 pgs) | Chapter 13 Voluntary Petition Fee Amount $281, Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark Government Proof of Claim due by 07/30/2013.Chapter 13 Plan due by 02/14/2013. (Badwan, Mohammed) (Entered: 01/31/2013) |
| 01/31/2013 | <u>2</u><br>(5 pgs) | Chapter 13 Plan Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Badwan, Mohammed) (Entered: 01/31/2013) |
| 01/31/2013 | <u>3</u><br>(1 pg) | Declaration Re: Electronic Filing of Petition and Accompanying Documents. Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Badwan, Mohammed) (Entered: 01/31/2013) |
| 01/31/2013 | <u>4</u><br>(9 pgs) | Chapter 13 Statement of Current Monthly and Disposable Income Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Badwan, Mohammed) (Entered: 01/31/2013) |
| 01/31/2013 | <u>5</u> | Statement of Social Security Number(s) Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Badwan, Mohammed) (Entered: 01/31/2013) |

| 01/31/2013 | <u>6</u><br>(2 pgs) | Certificate of Credit Counseling Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Badwan, Mohammed) (Entered: 01/31/2013) |
|---|---|---|
| 01/31/2013 | 7 | Receipt of Voluntary Petition (Chapter 13)(13-03941) [misc,volp13a] ( 281.00) Filing Fee. Receipt number 22427702. Fee Amount $ 281.00 (re:Doc# <u>1</u>) (U.S. Treasury) (Entered: 01/31/2013) |
| 01/31/2013 | 8 | Meeting of Creditors with 341(a) meeting to be held on 03/06/2013 at 10:00 AM at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432. Confirmation hearing to be held on 04/05/2013 at 10:30 AM at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432. Proof of Claim due by 06/04/2013. Objection to Dischargeability due by 05/06/2013. (Badwan, Mohammed) (Entered: 01/31/2013) |
| 02/01/2013 | <u>9</u><br>(2 pgs) | Chapter 13 341 Meeting of Creditors . (Sirmons, Dornesa) (Entered: 02/01/2013) |
| 02/01/2013 | <u>10</u><br>(4 pgs) | BNC Certificate of Notice - Meeting of Creditors. (RE: <u>9</u> Chapter 13 341 Meeting of Creditors). No. of Notices: 13. Notice Date 02/03/2013. (Admin.) (Entered: 02/03/2013) |
| 02/01/2013 | <u>11</u><br>(7 pgs) | BNC Certificate of Notice - PDF Document. (RE: <u>2</u> Chapter 13 Plan). No. of Notices: 16. Notice Date 02/03/2013. (Admin.) (Entered: 02/03/2013) |
| 02/08/2013 | <u>12</u><br>(1 pg) | Notice of Appearance and Request for Notice Filed by Maria Georgopoulos on behalf of WELLS FARGO BANK, N.A.. (Georgopoulos, Maria) (Entered: 02/08/2013) |
| 02/23/2013 | <u>13</u><br>(5 pgs) | Attachment(s) Model Retention Agreement Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark (RE: <u>1</u> Voluntary Petition (Chapter 13)). (Badwan, Mohammed) (Entered: 02/23/2013) |
| 02/26/2013 | <u>14</u><br>(23 pgs) | Notice of Mortgage Payment Change (No Proof of Claim Filed) with Certificate of Service Filed by WELLS FARGO BANK NA. (Lankford, H) (Entered: 02/26/2013) |

| 03/11/2013 | 15 | Meeting of Creditors Held AMD PLAN D1 Debtor appeared. Joint debtor appeared. (Stearns, Glenn) (Entered: 03/11/2013) |
|---|---|---|
| 03/25/2013 | 16 (4 pgs) | Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Badwan, Mohammed) (Entered: 03/25/2013) |
| 04/02/2013 | 17 (5 pgs) | Modified Chapter 13 Plan Filed by Mohammed O Badwan on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Badwan, Mohammed) (Entered: 04/02/2013) |
| 04/03/2013 | 18 (7 pgs) | BNC Certificate of Notice - PDF Document. (RE: 17 Modified Chapter 13 Plan). No. of Notices: 19. Notice Date 04/05/2013. (Admin.) (Entered: 04/05/2013) |
| 04/05/2013 | 19 (1 pg) | Order Confirming Chapter 13 Plan (RE: 17 Modified Chapter 13 Plan). Signed on 4/5/2013 (Roman, Felipe) (Entered: 04/08/2013) |
| 06/12/2013 | 20 (2 pgs; 2 docs) | Transfer of Claim. Transferor:FIA CARD SERVICES, N.A. (Claim No.2, Amount 2887.98) To eCAST Settlement Corporation Fee Amount $25.00 Filed by Becket,Alane. Objections due by 07/03/2013. (Becket,Alane) (Entered: 06/12/2013) |
| 06/12/2013 | 21 | Receipt of Transfer of Claim(13-03941)[claims, trclm] ( 25.00) Filing Fee. Receipt number 23714862. Fee Amount $ 25.00 (re:Doc# 20) (U.S. Treasury) (Entered: 06/12/2013) |
| 06/13/2013 | 22 (3 pgs) | BNC Certificate of Notice - Notice to Assignor of Assignment of Claim (RE: 20 Transfer of Claim). No. of Notices: 2. Notice Date 06/15/2013. (Admin.) (Entered: 06/15/2013) |
| 11/18/2013 | 23 (35 pgs; 4 docs) | Notice of Motion and Motion for Relief from Stay as to 2882 Mcclellan Blvd, Yorkville, IL. Fee Amount $176, Filed by Maria Georgopoulos on behalf of WELLS FARGO BANK, N.A.. Hearing scheduled for 12/6/2013 at 10:00 AM at Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432. (Attachments: # 1 Proposed Order Relief order # 2 Statement Accompanying Relief From Stay # 3 |

|  |  |  |
|---|---|---|
|  |  | Declaration) (Georgopoulos, Maria) (Entered: 11/18/2013) |
| 11/18/2013 | 24 | Receipt of Motion for Relief from Stay(13-03941) [motion,mrlfsty] ( 176.00) Filing Fee. Receipt number 25020846. Fee Amount $ 176.00 (re:Doc# 23) (U.S. Treasury) (Entered: 11/18/2013) |
| 12/06/2013 | 25 (1 pg) | (E)Order Granting Motion for Relief from Stay (Related Doc # 23 ). Signed on 12/06/2013. (Davis, Shurray) (Entered: 12/09/2013) |
| 08/10/2015 | 26 (3 pgs) | Agreed Substitution of Attorney from Maria A. Georgopoulos to Rachael Stokas. (Stokas, Rachael) (Entered: 08/10/2015) |
| 11/04/2016 | 27 (1 pg) | Change of Name/Address for Anthony B. Clark andd Maria V. Clark. Address changed to 4607 Fesseneva Court, Naperville, IL 60564 Filed by James J Haller on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Haller, James) (Entered: 11/04/2016) |
| 12/19/2016 | 28 (1 pg) | Order Case Reassigned. Judge Pamela S. Hollis added to case. Involvement of Judge Bruce W. Black terminated. Signed on 12/19/2016 (ilnbadi) (Entered: 01/05/2017) |
| 03/17/2017 | 29 | Notice of Completion of Plan Payments (Stearns, Glenn) (Entered: 03/17/2017) |
| 03/20/2017 | 30 (1 pg) | Notice of Required Document(s) for Discharge . (Clarke, Jody) (Entered: 03/20/2017) |
| 03/20/2017 | 31 (2 pgs) | BNC Certificate of Notice - Notice of Required Document(s) for Discharge (RE: 30 Notice of Required Document(s) for Discharge). No. of Notices: 2. Notice Date 03/22/2017. (Admin.) (Entered: 03/22/2017) |
| 03/31/2017 | 32 (2 pgs) | Debtor's Declaration Regarding Domestic Support Obligations Filed by Joseph S Davidson on behalf of Anthony Benjamin Clark, Maria Vida Clark. (Davidson, Joseph) (Entered: 03/31/2017) |
| 03/31/2017 | 33 (2 pgs) | Discharge Order for Both Debtors . (Clarke, Jody) (Entered: 03/31/2017) |
|  |  |  |

| 03/31/2017 | <u>34</u><br>(4 pgs) | BNC Certificate of Notice - Order of Discharge. (RE: <u>33</u> Discharge Order). No. of Notices: 14. Notice Date 04/02/2017. (Admin.) (Entered: 04/02/2017) |
|---|---|---|
| 05/22/2017 | <u>35</u><br>(3 pgs) | Chapter 13 Final Report and Account (Stearns, Glenn) (Entered: 05/22/2017) |
| 05/23/2017 | 36 | Bankruptcy Case Closed and Trustee Discharged (Admin.) (Entered: 05/23/2017) |
| 09/11/2017 | <u>37</u><br>(15 pgs) | Substitution of Attorney from James J Haller to Joseph S Davidson. (Davidson, Joseph) (Entered: 09/11/2017) |

<table>
<tr><td colspan="6" align="center"><b>PACER Service Center</b></td></tr>
<tr><td colspan="6" align="center"><b>Transaction Receipt</b></td></tr>
<tr><td colspan="6" align="center">11/22/2019 11:11:46</td></tr>
<tr><td><b>PACER Login:</b></td><td>mdk06521:2690224:5330324</td><td><b>Client Code:</b></td><td colspan="3">aa-acs2</td></tr>
<tr><td><b>Description:</b></td><td>Docket Report</td><td><b>Search Criteria:</b></td><td colspan="3">13-03941 Fil or Ent: filed To: 11/22/2019 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included</td></tr>
<tr><td><b>Billable Pages:</b></td><td>3</td><td><b>Cost:</b></td><td colspan="3">0.30</td></tr>
</table>

# EXHIBIT 1-C



MANLEYDEAS.COM

P.O. BOX 165028
COLUMBUS, OH 43216
P 833-867-4275 | F 614-220-5613

August 14, 2019

MARIA V. CLARK, AKA M. CLARK
2882 MCLELLAN BOULEVARD
YORKVILLE, IL 60560

Re:    Timeshare Ownership Interest at Bella Florida Condominium described as:
       Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit
       Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official
       Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof
       and supplements thereto ('Declaration')
       Our Reference Number: 19-024135

## NOTICE OF DEFAULT AND INTENT TO FORECLOSE

Dear Maria V. Clark, AKA M. Clark,

Bella Florida Condominium Association, Inc., a Florida Corporation ("Lienholder") has appointed and instructed a Trustee
to conduct a non-judicial foreclosure of the above described Timeshare Ownership Interest as a result of your failure to
pay your condominium assessments in connection with the Timeshare Ownership Interest ("Assessment"). If the
foreclosure is completed by a non-judicial Trustee sale, the non-judicial foreclosure process will **not** result in a personal
judgment or liability against you. The Trustee hereby notifies you of the following:

1.     **Notice of Default:** You are in default under the terms and conditions set forth in the condominium declaration
       governing your Timeshare Ownership Interest because you have not made the required Assessment payments. A
       Notice of Claim of Lien ("Lien") was recorded related to your delinquent Assessment.

2.     **The Amount You Owe:** As of the date of this notice, the amount secured by the Lien is $12,137.89 ("Amount You
       Owe"). The amount secured by the Lien is composed of the following:

| | | |
|---|---|---|
| Delinquent Assessments | $ | 6,597.05 |
| Interest at 18% through August 14, 2019 | $ | 4,095.74 |
| Real Estate Taxes | $ | 870.10 |
| Collection Costs or Other Fees Incurred | $ | 65.00 |
| Lien Late Charges | $ | 125.00 |
| Title Search | $ | 45.00 |
| Attorneys' Fees | $ | 340.00 |
| **INTERIM TOTAL:** | **$** | **12,137.89** |

       * You are also responsible for payments or other amounts that become due after the date of this notice, including
       attorney fees and costs, and interest that may be calculated by multiplying $3.30 times the number of days since
       the date of this notice.

3.     **Other Obligations:** For informational purposes only, the Amount You Owe may not reflect all amounts owed
       related to your Timeshare Ownership Interest. You may also owe missed payments on the promissory note and
       mortgage regarding the mortgage loan used to purchase your Timeshare Ownership Interest.

4.     **Action Required to Cure the Default:** You may cure the default by paying the Amount You Owe to the
       Lienholder within thirty (30) days from the date of this notice. Since the Amount You Owe might change, you are
       encouraged to confirm that your payment will be sufficient to cover the Amount You Owe as of the date of this
       notice and any amounts coming due after the date of this notice by calling MDK at 833-867-4275. The Lienholder
       must receive your payment on or before September 8, 2019. In order to ensure the default is timely cured, please
       make payment by certified check, cashier's check, or wire transfer. **A personal check is not acceptable.** Your
       certified check or cashier's check must be made payable to "Manley Deas Kochalski LLC." Your payment must
       be sent to the following address:

19-024135_PS

Manley Deas Kochalski LLC
Attention: Reinstatements / Payoffs
1555 Lake Shore Drive
Columbus, OH 43204

Your payment must include each of the following:
The owner's name
The Resort, Unit, and Week

If you make your payment by wire transfer, our wiring instructions are as follows:
Beneficiary Bank:    First Merchants Bank
14500 Davis Drive
Daleville, IN 47334
Beneficiary ABA:    ██████████
Beneficiary Name:    Manley Deas Kochalski LLC IOLTA
Beneficiary Account #:    ██████████

**5.**    **Failure to Cure Default:**

If you fail to cure the default as set forth in this notice or take other appropriate action with regard to this foreclosure matter, you risk losing ownership of your timeshare interest through the trustee foreclosure procedure established in section 721.855, Florida Statutes. You may choose to sign and send to the trustee the enclosed objection form, exercising your right to object to the use of the trustee foreclosure procedure. Upon the trustee's receipt of your signed objection form, the foreclosure of the Claim of Lien with respect to the default specified in this notice shall be subject to the judicial foreclosure procedure only. You have the right to cure your default in the manner set forth in this notice at any time before the trustee's sale of your timeshare interest. If you do not object to the use of the trustee foreclosure procedure, you will not be subject to a deficiency judgment even if the proceeds from the sale of your timeshare interest are insufficient to offset the amounts secured by the lien.

Respectfully,

Manley Deas Kochalski LLC
Trustee

Enclosures

19-024135_PS

**NOTICE UNDER THE FAIR DEBT COLLECTION PRACTICES ACT**

Manley Deas Kochalski LLC ("MDK") is a law firm retained to collect a debt. Any information obtained will be used for that purpose.

To the extent your original obligation has been discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and informational purposes only or is notice of the creditor's intent to enforce a lien against property and is not an attempt to collect a debt, a demand for payment, or an attempt to impose personal liability for that debt.

As of the date of this notice, the amount of the debt is $12,137.89. This amount is not a payoff amount. The amount of the debt may change because of interest, late charges, and other fees and charges that may vary from day to day. If you pay the amount shown above, an adjustment may be necessary. For further information or if you wish to pay the debt, please contact MDK in writing at the address above or by telephone at 833-867-4275.

The creditor to whom the debt is owed is Bella Florida Condominium Association, Inc., a Florida Corporation.

You are entitled to thirty (30) days after your receipt of this notice to notify MDK that you dispute the validity of the debt or any portion of the debt. If you do not dispute the debt or any portion of the debt within thirty (30) days of your receipt of this notice, MDK will assume that it is valid.

If you notify MDK in writing within thirty (30) days after your receipt of this notice that you dispute the debt or any portion of the debt, MDK will obtain verification of the debt and mail a copy of that verification to you. Also, if within thirty (30) days of your receipt of this notice you request in writing the name and address of the original creditor, if the original creditor is different from Bella Florida Condominium Association, Inc., a Florida Corporation, MDK will provide you with that information.

If you request verification of the debt or the name and address of the original creditor, as set forth above, MDK is required to suspend its efforts to collect the debt until MDK sends the requested information to you.

This notice pertains only to your dealings with MDK as a debt collector. This notice does not affect or change your obligations or dealings with any court or court official. Specifically, this notice does not change the time by which you must respond to any summons or judicial action, if judicial action is taken against you to collect the debt. If you receive a summons from the court, the summons is a command from the court, not from MDK, and you must follow its instructions even if you dispute the validity or amount of the debt.

You may receive one or more other letters or notices around the time of your receipt of this notice containing information about possible loss mitigation alternatives to foreclosure. Such letters are not an attempt to collect a debt but rather are intended for informational purposes only. Such communications do not reduce, alter, or contradict your rights to (1) dispute the debt or any portion of the debt, as described in this notice, or (2) request verification of the debt, as described in this notice.

19-024135_PS

**NONJUDICIAL PROCEEDING TO FORECLOSE CLAIM
OF LIEN BY TRUSTEE**

**CONTRACT NO.:** ███████

**FILE NO.: 19-024135**

**BELLA FLORIDA CONDOMINIUM ASSOCIATION, INC.,
A FLORIDA CORPORATION,**

        **Lienholder,**

**vs.**

**MARIA V. CLARK, AKA M. CLARK; ANTHONY B. CLARK,
AKA A. B. CLARK**

        **Obligor(s)**

_____/

### NOTICE OF OBJECTION TO TRUSTEE FORECLOSURE PROCEDURE

**TO:**    Trustee for Lienholder
       MANLEY DEAS KOCHALSKI LLC
       P. O. Box 165028
       Columbus, OH 43216-5028

**RE:**    Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit
       Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official
       Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof
       and supplements thereto ('Declaration')

The undersigned obligor exercises the obligor's right to object to the use of the trustee foreclosure procedure
contained in section 721.855, Florida Statutes.

DATED this _____ day of _____, 2019

_____
MARIA V. CLARK, AKA M. CLARK
2882 MCLELLAN BOULEVARD
YORKVILLE, IL 60560

ENOO



MANLEYDEAS.COM

P.O. BOX 165028
COLUMBUS, OH 43216
P 833-867-4275 | F 614-220-5613

August 14, 2019

MARIA V. CLARK, AKA M. CLARK
4607 FESSENEVA COURT
NAPERVILLE, IL 60564

Re:    Timeshare Ownership Interest at Bella Florida Condominium described as:
         Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit
         Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official
         Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof
         and supplements thereto ('Declaration')
       Our Reference Number:  19-024135

### NOTICE OF DEFAULT AND INTENT TO FORECLOSE

Dear Maria V. Clark, AKA M. Clark,

Bella Florida Condominium Association, Inc., a Florida Corporation ("Lienholder") has appointed and instructed a Trustee
to conduct a non-judicial foreclosure of the above described Timeshare Ownership Interest as a result of your failure to
pay your condominium assessments in connection with the Timeshare Ownership Interest ("Assessment"). If the
foreclosure is completed by a non-judicial Trustee sale, the non-judicial foreclosure process will **not** result in a personal
judgment or liability against you. The Trustee hereby notifies you of the following:

1.     **Notice of Default:** You are in default under the terms and conditions set forth in the condominium declaration
        governing your Timeshare Ownership Interest because you have not made the required Assessment payments. A
        Notice of Claim of Lien ("Lien") was recorded related to your delinquent Assessment.

2.     **The Amount You Owe:** As of the date of this notice, the amount secured by the Lien is $12,137.89 ("Amount You
        Owe"). The amount secured by the Lien is composed of the following:

| | | |
|---|---|---:|
| Delinquent Assessments | $ | 6,597.05 |
| Interest at 18% through August 14, 2019 | $ | 4,095.74 |
| Real Estate Taxes | $ | 870.10 |
| Collection Costs or Other Fees Incurred | $ | 65.00 |
| Lien Late Charges | $ | 125.00 |
| Title Search | $ | 45.00 |
| Attorneys' Fees | $ | 340.00 |
| **INTERIM TOTAL:** | $ | 12,137.89 |

        * You are also responsible for payments or other amounts that become due after the date of this notice, including
        attorney fees and costs, and interest that may be calculated by multiplying $3.30 times the number of days since
        the date of this notice.

3.     **Other Obligations:** For informational purposes only, the Amount You Owe may not reflect all amounts owed
        related to your Timeshare Ownership Interest. You may also owe missed payments on the promissory note and
        mortgage regarding the mortgage loan used to purchase your Timeshare Ownership Interest.

4.     **Action Required to Cure the Default:** You may cure the default by paying the Amount You Owe to the
        Lienholder within thirty (30) days from the date of this notice. Since the Amount You Owe might change, you are
        encouraged to confirm that your payment will be sufficient to cover the Amount You Owe as of the date of this
        notice and any amounts coming due after the date of this notice by calling MDK at 833-867-4275. The Lienholder
        must receive your payment on or before September 8, 2019. In order to ensure the default is timely cured, please
        make payment by certified check, cashier's check, or wire transfer. **A personal check is not acceptable.** Your

certified check or cashier's check must be made payable to "Manley Deas Kochalski LLC." Your payment must be sent to the following address:

> Manley Deas Kochalski LLC
> Attention: Reinstatements / Payoffs
> 1555 Lake Shore Drive
> Columbus, OH 43204

Your payment must include each of the following:
> The owner's name
> The Resort, Unit, and Week

If you make your payment by wire transfer, our wiring instructions are as follows:

| | |
|---|---|
| Beneficiary Bank: | First Merchants Bank |
| | 14500 Davis Drive |
| | Daleville, IN 47334 |
| Beneficiary ABA: | ███████████ |
| Beneficiary Name: | Manley Deas Kochalski LLC IOLTA |
| Beneficiary Account #: | ███████████ |

**5.    Failure to Cure Default:**

**If you fail to cure the default as set forth in this notice or take other appropriate action with regard to this foreclosure matter, you risk losing ownership of your timeshare interest through the trustee foreclosure procedure established in section 721.855, Florida Statutes. You may choose to sign and send to the trustee the enclosed objection form, exercising your right to object to the use of the trustee foreclosure procedure. Upon the trustee's receipt of your signed objection form, the foreclosure of the Claim of Lien with respect to the default specified in this notice shall be subject to the judicial foreclosure procedure only. You have the right to cure your default in the manner set forth in this notice at any time before the trustee's sale of your timeshare interest. If you do not object to the use of the trustee foreclosure procedure, you will not be subject to a deficiency judgment even if the proceeds from the sale of your timeshare interest are insufficient to offset the amounts secured by the lien.**

Respectfully,

Manley Deas Kochalski LLC
Trustee

Enclosures

19-024135_PS

**NOTICE UNDER THE FAIR DEBT COLLECTION PRACTICES ACT**

Manley Deas Kochalski LLC ("MDK") is a law firm retained to collect a debt. Any information obtained will be used for that purpose.

To the extent your original obligation has been discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and informational purposes only or is notice of the creditor's intent to enforce a lien against property and is not an attempt to collect a debt, a demand for payment, or an attempt to impose personal liability for that debt.

As of the date of this notice, the amount of the debt is $12,137.89. This amount is not a payoff amount. The amount of the debt may change because of interest, late charges, and other fees and charges that may vary from day to day. If you pay the amount shown above, an adjustment may be necessary. For further information or if you wish to pay the debt, please contact MDK in writing at the address above or by telephone at 833-867-4275.

The creditor to whom the debt is owed is Bella Florida Condominium Association, Inc., a Florida Corporation.

You are entitled to thirty (30) days after your receipt of this notice to notify MDK that you dispute the validity of the debt or any portion of the debt. If you do not dispute the debt or any portion of the debt within thirty (30) days of your receipt of this notice, MDK will assume that it is valid.

If you notify MDK in writing within thirty (30) days after your receipt of this notice that you dispute the debt or any portion of the debt, MDK will obtain verification of the debt and mail a copy of that verification to you. Also, if within thirty (30) days of your receipt of this notice you request in writing the name and address of the original creditor, if the original creditor is different from Bella Florida Condominium Association, Inc., a Florida Corporation, MDK will provide you with that information.

If you request verification of the debt or the name and address of the original creditor, as set forth above, MDK is required to suspend its efforts to collect the debt until MDK sends the requested information to you.

This notice pertains only to your dealings with MDK as a debt collector. This notice does not affect or change your obligations or dealings with any court or court official. Specifically, this notice does not change the time by which you must respond to any summons or judicial action, if judicial action is taken against you to collect the debt. If you receive a summons from the court, the summons is a command from the court, not from MDK, and you must follow its instructions even if you dispute the validity or amount of the debt.

You may receive one or more other letters or notices around the time of your receipt of this notice containing information about possible loss mitigation alternatives to foreclosure. Such letters are not an attempt to collect a debt but rather are intended for informational purposes only. Such communications do not reduce, alter, or contradict your rights to (1) dispute the debt or any portion of the debt, as described in this notice, or (2) request verification of the debt, as described in this notice.

19-024135_PS

**NONJUDICIAL PROCEEDING TO FORECLOSE CLAIM
OF LIEN BY TRUSTEE**

**CONTRACT NO.:** ▮▮▮▮▮▮▮▮

**FILE NO.: 19-024135**

**BELLA FLORIDA CONDOMINIUM ASSOCIATION, INC.,
A FLORIDA CORPORATION,**

      **Lienholder,**

**vs.**

**MARIA V. CLARK, AKA M. CLARK; ANTHONY B. CLARK,
AKA A. B. CLARK**

      **Obligor(s)**

_____/

### NOTICE OF OBJECTION TO TRUSTEE FORECLOSURE PROCEDURE

**TO:**    Trustee for Lienholder
       MANLEY DEAS KOCHALSKI LLC
       P. O. Box 165028
       Columbus, OH 43216-5028

**RE:**    Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit
       Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official
       Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof
       and supplements thereto ('Declaration')


The undersigned obligor exercises the obligor's right to object to the use of the trustee foreclosure procedure
contained in section 721.855, Florida Statutes.

DATED this _____ day of _____, 2019

_____
MARIA V. CLARK, AKA M. CLARK
4607 FESSENEVA COURT
NAPERVILLE, IL 60564

ENOO



MANLEYDEAS.COM

P.O. BOX 165028
COLUMBUS, OH 43216
P 833-867-4275 | F 614-220-5613

August 14, 2019

ANTHONY B. CLARK, AKA A. B. CLARK
2882 MCLELLAN BOULEVARD
YORKVILLE, IL 60560

Re:    Timeshare Ownership Interest at Bella Florida Condominium described as:
       Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit
       Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official
       Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof
       and supplements thereto ('Declaration')
       Our Reference Number:  19-024135

## NOTICE OF DEFAULT AND INTENT TO FORECLOSE

Dear Anthony B. Clark, AKA A. B. Clark,

Bella Florida Condominium Association, Inc., a Florida Corporation ("Lienholder") has appointed and instructed a Trustee
to conduct a non-judicial foreclosure of the above described Timeshare Ownership Interest as a result of your failure to
pay your condominium assessments in connection with the Timeshare Ownership Interest ("Assessment"). If the
foreclosure is completed by a non-judicial Trustee sale, the non-judicial foreclosure process will **not** result in a personal
judgment or liability against you. The Trustee hereby notifies you of the following:

1.     **Notice of Default:** You are in default under the terms and conditions set forth in the condominium declaration
       governing your Timeshare Ownership Interest because you have not made the required Assessment payments. A
       Notice of Claim of Lien ("Lien") was recorded related to your delinquent Assessment.

2.     **The Amount You Owe:** As of the date of this notice, the amount secured by the Lien is $12,137.89 ("Amount You
       Owe"). The amount secured by the Lien is composed of the following:

| | | |
|---|---|---|
| Delinquent Assessments | $ | 6,597.05 |
| Interest at 18% through August 14, 2019 | $ | 4,095.74 |
| Real Estate Taxes | $ | 870.10 |
| Collection Costs or Other Fees Incurred | $ | 65.00 |
| Lien Late Charges | $ | 125.00 |
| Title Search | $ | 45.00 |
| Attorneys' Fees | $ | 340.00 |
| **INTERIM TOTAL:** | $ | **12,137.89** |

       * You are also responsible for payments or other amounts that become due after the date of this notice, including
       attorney fees and costs, and interest that may be calculated by multiplying $3.30 times the number of days since
       the date of this notice.

3.     **Other Obligations:** For informational purposes only, the Amount You Owe may not reflect all amounts owed
       related to your Timeshare Ownership Interest. You may also owe missed payments on the promissory note and
       mortgage regarding the mortgage loan used to purchase your Timeshare Ownership Interest.

4.     **Action Required to Cure the Default:** You may cure the default by paying the Amount You Owe to the
       Lienholder within thirty (30) days from the date of this notice. Since the Amount You Owe might change, you are
       encouraged to confirm that your payment will be sufficient to cover the Amount You Owe as of the date of this
       notice and any amounts coming due after the date of this notice by calling MDK at 833-867-4275. The Lienholder
       must receive your payment on or before September 8, 2019. In order to ensure the default is timely cured, please
       make payment by certified check, cashier's check, or wire transfer. **A personal check is not acceptable.** Your

certified check or cashier's check must be made payable to "Manley Deas Kochalski LLC." Your payment must be sent to the following address:

> Manley Deas Kochalski LLC
> Attention: Reinstatements / Payoffs
> 1555 Lake Shore Drive
> Columbus, OH 43204

Your payment must include each of the following:
> The owner's name
> The Resort, Unit, and Week

If you make your payment by wire transfer, our wiring instructions are as follows:

| | |
|---|---|
| Beneficiary Bank: | First Merchants Bank |
| | 14500 Davis Drive |
| | Daleville, IN 47334 |
| Beneficiary ABA: | ████████ |
| Beneficiary Name: | Manley Deas Kochalski LLC IOLTA |
| Beneficiary Account #: | ████████ |

**5.     Failure to Cure Default:**

**If you fail to cure the default as set forth in this notice or take other appropriate action with regard to this foreclosure matter, you risk losing ownership of your timeshare interest through the trustee foreclosure procedure established in section 721.855, Florida Statutes. You may choose to sign and send to the trustee the enclosed objection form, exercising your right to object to the use of the trustee foreclosure procedure. Upon the trustee's receipt of your signed objection form, the foreclosure of the Claim of Lien with respect to the default specified in this notice shall be subject to the judicial foreclosure procedure only. You have the right to cure your default in the manner set forth in this notice at any time before the trustee's sale of your timeshare interest. If you do not object to the use of the trustee foreclosure procedure, you will not be subject to a deficiency judgment even if the proceeds from the sale of your timeshare interest are insufficient to offset the amounts secured by the lien.**

Respectfully,

Manley Deas Kochalski LLC
Trustee

Enclosures

19-024135_PS

**NOTICE UNDER THE FAIR DEBT COLLECTION PRACTICES ACT**

Manley Deas Kochalski LLC ("MDK") is a law firm retained to collect a debt. Any information obtained will be used for that purpose.

To the extent your original obligation has been discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and informational purposes only or is notice of the creditor's intent to enforce a lien against property and is not an attempt to collect a debt, a demand for payment, or an attempt to impose personal liability for that debt.

As of the date of this notice, the amount of the debt is $12,137.89. This amount is not a payoff amount. The amount of the debt may change because of interest, late charges, and other fees and charges that may vary from day to day. If you pay the amount shown above, an adjustment may be necessary. For further information or if you wish to pay the debt, please contact MDK in writing at the address above or by telephone at 833-867-4275.

The creditor to whom the debt is owed is Bella Florida Condominium Association, Inc., a Florida Corporation.

You are entitled to thirty (30) days after your receipt of this notice to notify MDK that you dispute the validity of the debt or any portion of the debt. If you do not dispute the debt or any portion of the debt within thirty (30) days of your receipt of this notice, MDK will assume that it is valid.

If you notify MDK in writing within thirty (30) days after your receipt of this notice that you dispute the debt or any portion of the debt, MDK will obtain verification of the debt and mail a copy of that verification to you. Also, if within thirty (30) days of your receipt of this notice you request in writing the name and address of the original creditor, if the original creditor is different from Bella Florida Condominium Association, Inc., a Florida Corporation, MDK will provide you with that information.

If you request verification of the debt or the name and address of the original creditor, as set forth above, MDK is required to suspend its efforts to collect the debt until MDK sends the requested information to you.

This notice pertains only to your dealings with MDK as a debt collector. This notice does not affect or change your obligations or dealings with any court or court official. Specifically, this notice does not change the time by which you must respond to any summons or judicial action, if judicial action is taken against you to collect the debt. If you receive a summons from the court, the summons is a command from the court, not from MDK, and you must follow its instructions even if you dispute the validity or amount of the debt.

You may receive one or more other letters or notices around the time of your receipt of this notice containing information about possible loss mitigation alternatives to foreclosure. Such letters are not an attempt to collect a debt but rather are intended for informational purposes only. Such communications do not reduce, alter, or contradict your rights to (1) dispute the debt or any portion of the debt, as described in this notice, or (2) request verification of the debt, as described in this notice.

19-024135_PS

**NONJUDICIAL PROCEEDING TO FORECLOSE CLAIM
OF LIEN BY TRUSTEE**

**CONTRACT NO.:** ▮▮▮▮▮▮▮▮

**FILE NO.: 19-024135**

**BELLA FLORIDA CONDOMINIUM ASSOCIATION, INC.,
A FLORIDA CORPORATION,**

      **Lienholder,**

**vs.**

**MARIA V. CLARK, AKA M. CLARK; ANTHONY B. CLARK,
AKA A. B. CLARK**

      **Obligor(s)**

_____/

### NOTICE OF OBJECTION TO TRUSTEE FORECLOSURE PROCEDURE

**TO:**    Trustee for Lienholder
        MANLEY DEAS KOCHALSKI LLC
        P. O. Box 165028
        Columbus, OH 43216-5028

**RE:**    Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit
        Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official
        Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof
        and supplements thereto ('Declaration')

The undersigned obligor exercises the obligor's right to object to the use of the trustee foreclosure procedure
contained in section 721.855, Florida Statutes.

DATED this _____ day of _____, 2019

_____
ANTHONY B. CLARK, AKA A. B. CLARK
2882 MCLELLAN BOULEVARD
YORKVILLE, IL 60560

ENOO

19-024135_PS



MANLEYDEAS.COM

P.O. BOX 165028
COLUMBUS, OH 43216
P 833-867-4275 | F 614-220-5613

August 14, 2019

ANTHONY B. CLARK, AKA A. B. CLARK
4607 FESSENEVA COURT
NAPERVILLE, IL 60564

Re:     Timeshare Ownership Interest at Bella Florida Condominium described as:
        Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit
        Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official
        Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof
        and supplements thereto ('Declaration')
        Our Reference Number:  19-024135

## NOTICE OF DEFAULT AND INTENT TO FORECLOSE

Dear Anthony B. Clark, AKA A. B. Clark,

Bella Florida Condominium Association, Inc., a Florida Corporation ("Lienholder") has appointed and instructed a Trustee
to conduct a non-judicial foreclosure of the above described Timeshare Ownership Interest as a result of your failure to
pay your condominium assessments in connection with the Timeshare Ownership Interest ("Assessment"). If the
foreclosure is completed by a non-judicial Trustee sale, the non-judicial foreclosure process will **not** result in a personal
judgment or liability against you. The Trustee hereby notifies you of the following:

1.     **Notice of Default:** You are in default under the terms and conditions set forth in the condominium declaration
       governing your Timeshare Ownership Interest because you have not made the required Assessment payments. A
       Notice of Claim of Lien ("Lien") was recorded related to your delinquent Assessment.

2.     **The Amount You Owe:** As of the date of this notice, the amount secured by the Lien is $12,137.89 ("Amount You
       Owe"). The amount secured by the Lien is composed of the following:

| | |
|---|---:|
| Delinquent Assessments | $ 6,597.05 |
| Interest at 18% through August 14, 2019 | $ 4,095.74 |
| Real Estate Taxes | $ 870.10 |
| Collection Costs or Other Fees Incurred | $ 65.00 |
| Lien Late Charges | $ 125.00 |
| Title Search | $ 45.00 |
| Attorneys' Fees | $ 340.00 |
| **INTERIM TOTAL:** | $ 12,137.89 |

       * You are also responsible for payments or other amounts that become due after the date of this notice, including
       attorney fees and costs, and interest that may be calculated by multiplying $3.30 times the number of days since
       the date of this notice.

3.     **Other Obligations:** For informational purposes only, the Amount You Owe may not reflect all amounts owed
       related to your Timeshare Ownership Interest. You may also owe missed payments on the promissory note and
       mortgage regarding the mortgage loan used to purchase your Timeshare Ownership Interest.

4.     **Action Required to Cure the Default:** You may cure the default by paying the Amount You Owe to the
       Lienholder within thirty (30) days from the date of this notice. Since the Amount You Owe might change, you are
       encouraged to confirm that your payment will be sufficient to cover the Amount You Owe as of the date of this
       notice and any amounts coming due after the date of this notice by calling MDK at 833-867-4275. The Lienholder
       must receive your payment on or before September 8, 2019. In order to ensure the default is timely cured, please
       make payment by certified check, cashier's check, or wire transfer. **A personal check is not acceptable.** Your

certified check or cashier's check must be made payable to "Manley Deas Kochalski LLC." Your payment must be sent to the following address:

> Manley Deas Kochalski LLC
> Attention: Reinstatements / Payoffs
> 1555 Lake Shore Drive
> Columbus, OH 43204

Your payment must include each of the following:
> The owner's name
> The Resort, Unit, and Week

If you make your payment by wire transfer, our wiring instructions are as follows:

| | |
|---|---|
| Beneficiary Bank: | First Merchants Bank |
| | 14500 Davis Drive |
| | Daleville, IN 47334 |
| Beneficiary ABA: | ▇▇▇▇▇▇▇ |
| Beneficiary Name: | Manley Deas Kochalski LLC IOLTA |
| Beneficiary Account #: | ▇▇▇▇▇▇▇ |

**5.     Failure to Cure Default:**

**If you fail to cure the default as set forth in this notice or take other appropriate action with regard to this foreclosure matter, you risk losing ownership of your timeshare interest through the trustee foreclosure procedure established in section 721.855, Florida Statutes. You may choose to sign and send to the trustee the enclosed objection form, exercising your right to object to the use of the trustee foreclosure procedure. Upon the trustee's receipt of your signed objection form, the foreclosure of the Claim of Lien with respect to the default specified in this notice shall be subject to the judicial foreclosure procedure only. You have the right to cure your default in the manner set forth in this notice at any time before the trustee's sale of your timeshare interest. If you do not object to the use of the trustee foreclosure procedure, you will not be subject to a deficiency judgment even if the proceeds from the sale of your timeshare interest are insufficient to offset the amounts secured by the lien.**

Respectfully,

Manley Deas Kochalski LLC
Trustee

Enclosures

19-024135_PS

## NOTICE UNDER THE FAIR DEBT COLLECTION PRACTICES ACT

Manley Deas Kochalski LLC ("MDK") is a law firm retained to collect a debt. Any information obtained will be used for that purpose.

To the extent your original obligation has been discharged or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and informational purposes only or is notice of the creditor's intent to enforce a lien against property and is not an attempt to collect a debt, a demand for payment, or an attempt to impose personal liability for that debt.

As of the date of this notice, the amount of the debt is $12,137.89. This amount is not a payoff amount. The amount of the debt may change because of interest, late charges, and other fees and charges that may vary from day to day. If you pay the amount shown above, an adjustment may be necessary. For further information or if you wish to pay the debt, please contact MDK in writing at the address above or by telephone at 833-867-4275.

The creditor to whom the debt is owed is Bella Florida Condominium Association, Inc., a Florida Corporation.

You are entitled to thirty (30) days after your receipt of this notice to notify MDK that you dispute the validity of the debt or any portion of the debt. If you do not dispute the debt or any portion of the debt within thirty (30) days of your receipt of this notice, MDK will assume that it is valid.

If you notify MDK in writing within thirty (30) days after your receipt of this notice that you dispute the debt or any portion of the debt, MDK will obtain verification of the debt and mail a copy of that verification to you. Also, if within thirty (30) days of your receipt of this notice you request in writing the name and address of the original creditor, if the original creditor is different from Bella Florida Condominium Association, Inc., a Florida Corporation, MDK will provide you with that information.

If you request verification of the debt or the name and address of the original creditor, as set forth above, MDK is required to suspend its efforts to collect the debt until MDK sends the requested information to you.

This notice pertains only to your dealings with MDK as a debt collector. This notice does not affect or change your obligations or dealings with any court or court official. Specifically, this notice does not change the time by which you must respond to any summons or judicial action, if judicial action is taken against you to collect the debt. If you receive a summons from the court, the summons is a command from the court, not from MDK, and you must follow its instructions even if you dispute the validity or amount of the debt.

You may receive one or more other letters or notices around the time of your receipt of this notice containing information about possible loss mitigation alternatives to foreclosure. Such letters are not an attempt to collect a debt but rather are intended for informational purposes only. Such communications do not reduce, alter, or contradict your rights to (1) dispute the debt or any portion of the debt, as described in this notice, or (2) request verification of the debt, as described in this notice.

**NONJUDICIAL PROCEEDING TO FORECLOSE CLAIM
OF LIEN BY TRUSTEE**

**CONTRACT NO.:** ▮▮▮▮▮▮▮

**FILE NO.: 19-024135**

**BELLA FLORIDA CONDOMINIUM ASSOCIATION, INC.,
A FLORIDA CORPORATION,**

        **Lienholder,**

**vs.**

**MARIA V. CLARK, AKA M. CLARK; ANTHONY B. CLARK,
AKA A. B. CLARK**

        **Obligor(s)**

_____/

### NOTICE OF OBJECTION TO TRUSTEE FORECLOSURE PROCEDURE

**TO:**    Trustee for Lienholder
        MANLEY DEAS KOCHALSKI LLC
        P. O. Box 165028
        Columbus, OH 43216-5028

**RE:**    Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit
        Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official
        Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof
        and supplements thereto ('Declaration')


The undersigned obligor exercises the obligor's right to object to the use of the trustee foreclosure procedure
contained in section 721.855, Florida Statutes.

DATED this _____ day of _____, 2019


_____
ANTHONY B. CLARK, AKA A. B. CLARK
4607 FESSENEVA COURT
NAPERVILLE, IL 60564

ENOO

19-024135_PS

# EXHIBIT 1-D

```
User : Keri Kolodiej          Owner Condominium History        Page  :      1
Run Date: 11/01/2019              Printed 11/01/2019            Report: OLCH004
Run Time:  1:20 PM
```

```
Property : 15 Sheraton Vistana Villages Condo : 33 Bella Florida Condominium Ass
Week : 28          Unit : 025021     Owner : ████   Mtg: PIF   Occ:01/01/2004
Club: Mand. Status: FC Recorded:08/28/2003 Closed:08/28/2003 Date Off:  /  /
Name      : MARIA V CLARK                                  Float Annual Lockoff
Address   : 2882 MCLELLAN BLVD
          :                                   Lockout(13) 13,614.52
City      : YORKVILLE, IL  60560
          :
Home      : ████████████            Return Mail
Work      :
```

| Tran Date | Description | Code | Batch | Amount | Balance |
|---|---|---|---|---|---|
| 01/01/2004 | 2004 OPERATING ASSESSMENT | 0365 | 999 | 696.37 | 696.37 |
| 01/01/2004 | 2004 REPLACEMENT RESERVES | 0366 | 999 | 104.37 | 800.74 |
| 01/01/2004 | 2004 ESTIMATED REAL ESTAT | 0367 | 999 | 197.36 | 998.10 |
| 01/01/2004 | 2004 VSN MEMBERSHIP FEE | 0369 | 999 | 99.00 | 1,097.10 |
| 01/01/2004 | 2004 ARDA ROC PAC CONTRIB | 0368 | 999 | 4.00 | 1,101.10 |
| 01/01/2004 | VSN FEE PAID BY DEVELOPER | 0246 | 999 | 99.00- | 1,002.10 |
| 01/20/2004 | PAYMENT REC'D CHECK/CASH | 0201 | 033 | 1,002.10- | 0.00 |
| 01/01/2005 | 2005 OPERATING ASSESSMENT | 0365 | 999 | 725.38 | 725.38 |
| 01/01/2005 | 2005 REPLACEMENT RESERVES | 0366 | 999 | 121.92 | 847.30 |
| 01/01/2005 | 2005 ESTIMATED REAL ESTAT | 0367 | 999 | 189.45 | 1,036.75 |
| 01/01/2005 | 2005 VSN MEMBERSHIP FEE | 0369 | 999 | 99.00 | 1,135.75 |
| 01/01/2005 | 2005 ARDA ROC PAC CONTRIB | 0368 | 999 | 4.00 | 1,139.75 |
| 01/01/2005 | PRIOR YEAR(S) TAX CREDIT | 0328 | 999 | 148.53- | 991.22 |
| 01/18/2005 | PAYMENT REC'D CHECK/CASH | 0201 | 033 | 991.22- | 0.00 |
| 01/01/2006 | 2006 OPERATING ASSESSMENT | 0365 | 999 | 774.67 | 774.67 |
| 01/01/2006 | 2006 REPLACEMENT RESERVES | 0366 | 999 | 121.49 | 896.16 |
| 01/01/2006 | 2006 ESTIMATED REAL ESTAT | 0367 | 999 | 189.45 | 1,085.61 |
| 01/01/2006 | 2006 VSN MEMBERSHIP FEE | 0369 | 999 | 99.00 | 1,184.61 |
| 01/01/2006 | 2006 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 1,189.61 |
| 01/26/2006 | PAYMENT REC'D CREDIT CARD | 0202 | 233 | 1,189.61- | 0.00 |
| 01/01/2007 | 2007 OPERATING ASSESSMENT | 0365 | 999 | 778.77 | 778.77 |
| 01/01/2007 | 2007 REPLACEMENT RESERVES | 0366 | 999 | 121.49 | 900.26 |
| 01/01/2007 | 2007 ESTIMATED REAL ESTAT | 0367 | 999 | 173.31 | 1,073.57 |
| 01/01/2007 | 2007 VSN MEMBERSHIP FEE | 0369 | 999 | 99.00 | 1,172.57 |
| 01/01/2007 | 2007 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 1,177.57 |
| 01/01/2007 | PRIOR YEAR(S) TAX CREDIT | 0328 | 999 | 97.11- | 1,080.46 |
| 01/09/2007 | PAYMENT REC'D CHECK/CASH | 0201 | 033 | 1,172.57- | 92.11- |
| 01/01/2008 | 2008 OPERATING ASSESSMENT | 0365 | 999 | 779.08 | 686.97 |
| 01/01/2008 | 2008 REPLACEMENT RESERVES | 0366 | 999 | 161.26 | 848.23 |
| 01/01/2008 | 2008 ESTIMATED REAL ESTAT | 0367 | 999 | 181.73 | 1,029.96 |
| 01/01/2008 | 2008 VSN MEMBERSHIP FEE | 0369 | 999 | 109.00 | 1,138.96 |
| 01/01/2008 | 2008 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 1,143.96 |
| 01/01/2008 | PRIOR YEAR(S) TAX CREDIT | 0328 | 999 | 34.14- | 1,109.82 |
| 01/17/2008 | PAYMENT REC'D CHECK/CASH | 0201 | 033 | 1,109.82- | 0.00 |

```
User : Keri Kolodiej          Owner Condominium History        Page  :        2
Run Date: 11/01/2019              Printed 11/01/2019            Report: OLCH004
Run Time:  1:20 PM
```

```
Property : 15 Sheraton Vistana Villages Condo : 33 Bella Florida Condominium Ass
Week : 28          Unit : 025021      Owner :  ████  Mtg: PIF   Occ:01/01/2004
Club: Mand. Status: FC Recorded:08/28/2003 Closed:08/28/2003 Date Off: / /
Name     : MARIA V CLARK                              Float Annual Lockoff
Address  : 2882 MCLELLAN BLVD
         :                                   Lockout(13) 13,614.52
City     : YORKVILLE, IL  60560
         :
Home     : ████████████
Work     :                                   Return Mail
```

| Tran Date | Description | Code | Batch | Amount | Balance |
|---|---|---|---|---|---|
| 01/01/2009 | 2009 OPERATING ASSESSMENT | 0365 | 999 | 848.98 | 848.98 |
| 01/01/2009 | 2009 REPLACEMENT RESERVES | 0366 | 999 | 174.70 | 1,023.68 |
| 01/01/2009 | 2009 ESTIMATED REAL ESTAT | 0367 | 999 | 168.03 | 1,191.71 |
| 01/01/2009 | 2009 VSN MEMBERSHIP FEE | 0369 | 999 | 109.00 | 1,300.71 |
| 01/01/2009 | 2009 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 1,305.71 |
| 01/01/2009 | PRIOR YEAR(S) TAX CREDIT | 0328 | 999 | 119.81- | 1,185.90 |
| 01/08/2009 | PAYMENT REC'D CHECK/CASH | 0201 | 033 | 1,185.90- | 0.00 |
| 01/01/2010 | 2010 OPERATING ASSESSMENT | 0365 | 999 | 1,146.31 | 1,146.31 |
| 01/01/2010 | 2010 REPLACEMENT RESERVES | 0366 | 999 | 174.70 | 1,321.01 |
| 01/01/2010 | 2010 ESTIMATED REAL ESTAT | 0367 | 999 | 212.99 | 1,534.00 |
| 01/01/2010 | 2010 VSN MEMBERSHIP FEE | 0369 | 999 | 109.00 | 1,643.00 |
| 01/01/2010 | 2010 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 1,648.00 |
| 01/05/2010 | PAYMENT REC'D CHECK/CASH | 0201 | 033 | 1,643.00- | 5.00 |
| 01/11/2010 | 2010 REV ARDA ROC PAC CON | 0268 | 903 | 5.00- | 0.00 |
| 12/22/2010 | PAYMENT REC'D CHECK/CASH | 0201 | 033 | 1,402.47- | 1,402.47- |
| 01/01/2011 | 2011 OPERATING ASSESSMENT | 0365 | 999 | 956.39 | 446.08- |
| 01/01/2011 | 2011 REPLACEMENT RESERVES | 0366 | 999 | 225.27 | 220.81- |
| 01/01/2011 | 2011 ESTIMATED REAL ESTAT | 0367 | 999 | 128.94 | 91.87- |
| 01/01/2011 | 2011 VSN MEMBERSHIP FEE | 0369 | 999 | 119.00 | 27.13 |
| 01/01/2011 | 2011 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 32.13 |
| 01/01/2011 | PRIOR YEAR(S) TAX CREDIT | 0328 | 999 | 32.13- | 0.00 |
| 01/01/2012 | 2012 OPERATING ASSESSMENT | 0365 | 999 | 1,022.05 | 1,022.05 |
| 01/01/2012 | 2012 REPLACEMENT RESERVES | 0366 | 999 | 238.17 | 1,260.22 |
| 01/01/2012 | 2012 ESTIMATED REAL ESTAT | 0367 | 999 | 142.25 | 1,402.47 |
| 01/01/2012 | 2012 VSN MEMBERSHIP FEE | 0369 | 999 | 125.00 | 1,527.47 |
| 01/01/2012 | 2012 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 1,532.47 |
| 01/01/2012 | PRIOR YEAR(S) TAX CREDIT | 0328 | 999 | 32.20- | 1,500.27 |
| 01/03/2012 | PAYMENT REC'D CHECK/CASH | 0201 | 033 | 1,500.27- | 0.00 |
| 01/01/2013 | 2013 OPERATING ASSESSMENT | 0365 | 999 | 964.98 | 964.98 |
| 01/01/2013 | 2013 REPLACEMENT RESERVES | 0366 | 999 | 305.37 | 1,270.35 |
| 01/01/2013 | 2013 ESTIMATED REAL ESTAT | 0367 | 999 | 138.05 | 1,408.40 |
| 01/01/2013 | 2013 VSN MEMBERSHIP FEE | 0369 | 999 | 125.00 | 1,533.40 |
| 01/01/2013 | 2013 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 1,538.40 |
| 02/02/2013 | LATE FEE ASSESSMENT | 0385 | 999 | 25.00 | 1,563.40 |

```
User : Keri Kolodiej          Owner Condominium History        Page  :      3
Run Date: 11/01/2019              Printed 11/01/2019            Report: OLCH004
Run Time:  1:20 PM
```

```
Property : 15 Sheraton Vistana Villages Condo : 33 Bella Florida Condominium Ass
Week : 28          Unit : 025021      Owner : ▮▮▮▮ Mtg: PIF   Occ:01/01/2004
Club: Mand. Status: FC Recorded:08/28/2003 Closed:08/28/2003 Date Off: /  /
Name      : MARIA V CLARK                               Float Annual Lockoff
Address   : 2882 MCLELLAN BLVD
          :                                Lockout(13) 13,614.52
City      : YORKVILLE, IL  60560
          :
Home      : ▮▮▮▮▮▮▮▮▮▮▮▮             Return Mail
Work      :
```

| Tran Date | Description | Code | Batch | Amount | Balance |
|---|---|---|---|---|---|
| 02/18/2013 | 2013 REV ARDA ROC PAC CON | 0268 | 903 | 5.00- | 1,558.40 |
| 03/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,577.46 |
| 04/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,596.52 |
| 05/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,615.58 |
| 06/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,634.64 |
| 07/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,653.70 |
| 08/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,672.76 |
| 09/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,691.82 |
| 10/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,710.88 |
| 11/02/2013 | WAIVE INTEREST ASSESSMENT | 0286 | 999 | 19.06 | 1,729.94 |
| 12/02/2013 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 1,749.00 |
| 01/01/2014 | 2014 OPERATING ASSESSMENT | 0365 | 999 | 965.75 | 2,714.75 |
| 01/01/2014 | 2014 REPLACEMENT RESERVES | 0366 | 999 | 341.65 | 3,056.40 |
| 01/01/2014 | 2014 ESTIMATED REAL ESTAT | 0367 | 999 | 147.82 | 3,204.22 |
| 01/01/2014 | 2014 VSN MEMBERSHIP FEE | 0369 | 999 | 134.00 | 3,338.22 |
| 01/01/2014 | 2014 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 3,343.22 |
| 01/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 3,362.28 |
| 02/02/2014 | LATE FEE ASSESSMENT | 0385 | 999 | 25.00 | 3,387.28 |
| 02/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 19.06 | 3,406.34 |
| 02/17/2014 | 2014 REV ARDA ROC PAC CON | 0268 | 903 | 5.00- | 3,401.34 |
| 03/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,440.01 |
| 04/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,478.68 |
| 05/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,517.35 |
| 06/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,556.02 |
| 07/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,594.69 |
| 08/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,633.36 |
| 09/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,672.03 |
| 10/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,710.70 |
| 11/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,749.37 |
| 12/02/2014 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 3,788.04 |
| 01/01/2015 | 2015 OPERATING ASSESSMENT | 0365 | 999 | 997.52 | 4,785.56 |
| 01/01/2015 | 2015 REPLACEMENT RESERVES | 0366 | 999 | 321.49 | 5,107.05 |
| 01/01/2015 | 2015 ESTIMATED REAL ESTAT | 0367 | 999 | 180.66 | 5,287.71 |
| 01/01/2015 | 2015 VSN MEMBERSHIP FEE | 0369 | 999 | 134.00 | 5,421.71 |

```
User : Keri Kolodiej          Owner Condominium History        Page  :      4
Run Date: 11/01/2019             Printed 11/01/2019            Report: OLCH004
Run Time:  1:20 PM
```

```
Property : 15 Sheraton Vistana Villages Condo : 33 Bella Florida Condominium Ass
Week : 28           Unit : 025021       Owner : ████   Mtg: PIF   Occ:01/01/2004
Club: Mand. Status: FC Recorded:08/28/2003 Closed:08/28/2003 Date Off:  /  /
Name       : MARIA V CLARK                               Float Annual Lockoff
Address    : 2882 MCLELLAN BLVD
                                          Lockout(13) 13,614.52
City       : YORKVILLE, IL  60560

Home       : ████████████            Return Mail
Work       :
```

| Tran Date | Description | Code | Batch | Amount | Balance |
|-----------|-------------|------|-------|--------|---------|
| 01/01/2015 | 2015 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 5,426.71 |
| 01/02/2015 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 5,465.38 |
| 02/02/2015 | LATE FEE ASSESSMENT | 0385 | 999 | 25.00 | 5,490.38 |
| 02/02/2015 | INTEREST ASSESSMENT | 0386 | 999 | 38.67 | 5,529.05 |
| 02/16/2015 | 2015 REV ARDA ROC PAC CON | 0268 | 903 | 5.00- | 5,524.05 |
| 03/02/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 5,582.50 |
| 04/02/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 5,640.95 |
| 05/07/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 5,699.40 |
| 06/08/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 5,757.85 |
| 07/06/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 5,816.30 |
| 08/04/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 5,874.75 |
| 09/02/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 5,933.20 |
| 10/02/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 5,991.65 |
| 11/02/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 6,050.10 |
| 12/02/2015 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 6,108.55 |
| 01/01/2016 | 2016 OPERATING ASSESSMENT | 0365 | 999 | 998.54 | 7,107.09 |
| 01/01/2016 | 2016 REPLACEMENT RESERVES | 0366 | 999 | 308.06 | 7,415.15 |
| 01/01/2016 | 2016 ESTIMATED REAL ESTAT | 0367 | 999 | 184.18 | 7,599.33 |
| 01/01/2016 | 2016 VSN MEMBERSHIP FEE | 0369 | 999 | 140.00 | 7,739.33 |
| 01/01/2016 | 2016 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 7,744.33 |
| 01/11/2016 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 7,802.78 |
| 02/03/2016 | LATE FEE ASSESSMENT | 0385 | 999 | 25.00 | 7,827.78 |
| 02/03/2016 | INTEREST ASSESSMENT | 0386 | 999 | 58.45 | 7,886.23 |
| 02/16/2016 | 2016 REV ARDA ROC PAC CON | 0268 | 903 | 5.00- | 7,881.23 |
| 03/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 7,959.28 |
| 04/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,037.33 |
| 05/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,115.38 |
| 06/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,193.43 |
| 07/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,271.48 |
| 08/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,349.53 |
| 09/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,427.58 |
| 10/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,505.63 |
| 11/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,583.68 |
| 12/02/2016 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 8,661.73 |

```
User : Keri Kolodiej           Owner Condominium History        Page  :      5
Run Date: 11/01/2019              Printed 11/01/2019            Report: OLCH004
Run Time:  1:20 PM
```

```
Property : 15 Sheraton Vistana Villages Condo : 33 Bella Florida Condominium Ass
Week : 28            Unit : 025021      Owner :        Mtg: PIF   Occ:01/01/2004
Club: Mand. Status: FC Recorded:08/28/2003 Closed:08/28/2003 Date Off:  /  /
Name     : MARIA V CLARK                                Float Annual Lockoff
Address  : 2882 MCLELLAN BLVD
                                         Lockout(13) 13,614.52
City     : YORKVILLE, IL  60560

Home     :                               Return Mail
Work     :
```

| Tran Date | Description | Code | Batch | Amount | Balance |
|-----------|-------------|------|-------|--------|---------|
| 01/01/2017 | 2017 OPERATING ASSESSMENT | 0365 | 999 | 1,022.75 | 9,684.48 |
| 01/01/2017 | 2017 REPLACEMENT RESERVES | 0366 | 999 | 308.06 | 9,992.54 |
| 01/01/2017 | 2017 ESTIMATED REAL ESTAT | 0367 | 999 | 194.78 | 10,187.32 |
| 01/01/2017 | 2017 VSN MEMBERSHIP FEE | 0369 | 999 | 140.00 | 10,327.32 |
| 01/01/2017 | 2017 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 10,332.32 |
| 01/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 10,410.37 |
| 02/02/2017 | LATE FEE ASSESSMENT | 0385 | 999 | 25.00 | 10,435.37 |
| 02/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 78.05 | 10,513.42 |
| 02/16/2017 | 2017 REV ARDA ROC PAC CON | 0268 | 903 | 5.00- | 10,508.42 |
| 03/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 10,606.43 |
| 04/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 10,704.44 |
| 05/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 10,802.45 |
| 06/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 10,900.46 |
| 07/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 10,998.47 |
| 08/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 11,096.48 |
| 09/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 11,194.49 |
| 10/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 11,292.50 |
| 11/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 11,390.51 |
| 11/26/2017 | VSN BAD DEBT | 0239 | 550 | 125.00- | 11,265.51 |
| 11/26/2017 | VSN BAD DEBT | 0239 | 550 | 134.00- | 11,131.51 |
| 11/26/2017 | VSN BAD DEBT | 0239 | 550 | 134.00- | 10,997.51 |
| 11/26/2017 | VSN BAD DEBT | 0239 | 550 | 140.00- | 10,857.51 |
| 11/26/2017 | REV VSN BAD DEBT | 0339 | 550 | 140.00 | 10,997.51 |
| 12/02/2017 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 11,095.52 |
| 12/02/2017 | REV VSN BAD DEBT | 0339 | 550 | 125.00 | 11,220.52 |
| 12/02/2017 | REV VSN BAD DEBT | 0339 | 550 | 134.00 | 11,354.52 |
| 12/02/2017 | REV VSN BAD DEBT | 0339 | 550 | 134.00 | 11,488.52 |
| 01/01/2018 | 2018 OPERATING ASSESSMENT | 0365 | 999 | 1,025.17 | 12,513.69 |
| 01/01/2018 | 2018 REPLACEMENT RESERVES | 0366 | 999 | 308.06 | 12,821.75 |
| 01/01/2018 | 2018 ESTIMATED REAL ESTAT | 0367 | 999 | 162.66 | 12,984.41 |
| 01/01/2018 | 2018 VSN MEMBERSHIP FEE | 0369 | 999 | 145.00 | 13,129.41 |
| 01/01/2018 | 2018 ARDA ROC PAC CONTRIB | 0368 | 999 | 5.00 | 13,134.41 |
| 01/02/2018 | INTEREST ASSESSMENT | 0386 | 999 | 98.01 | 13,232.42 |
| 02/02/2018 | LATE FEE ASSESSMENT | 0385 | 999 | 25.00 | 13,257.42 |

```
User : Keri Kolodiej        Owner Condominium History        Page  :      6
Run Date: 11/01/2019          Printed 11/01/2019            Report: OLCH004
Run Time:  1:20 PM
```

```
Property : 15 Sheraton Vistana Villages Condo : 33 Bella Florida Condominium Ass
Week : 28          Unit : 025021      Owner :  ▇  Mtg: PIF  Occ:01/01/2004
Club: Mand. Status: FC Recorded:08/28/2003 Closed:08/28/2003 Date Off: /  /
Name     : MARIA V CLARK                          Float Annual Lockoff
Address  : 2882 MCLELLAN BLVD
         :                            Lockout(13) 13,614.52
City     : YORKVILLE, IL  60560
         :
Home     : ▇▇▇▇▇▇                     Return Mail
Work     :
```
```
---------------------------------------------------------------------------
Tran Date  Description              Code  Batch    Amount      Balance
02/02/2018 INTEREST ASSESSMENT      0386  999       98.01     13,355.43
02/28/2018 2018 REV ARDA ROC PAC CON 0268 903        5.00-    13,350.43
03/02/2018 INTEREST ASSESSMENT      0386  999      118.01     13,468.44
04/02/2018 INTEREST ASSESSMENT      0386  999      118.01     13,586.45
05/02/2018 INTEREST ASSESSMENT      0386  999      118.01     13,704.46
06/01/2018 LEGAL FILING FEES        0388  500       20.00     13,724.46
06/02/2018 INTEREST ASSESSMENT      0386  999      118.01     13,842.47
07/02/2018 INTEREST ASSESSMENT      0386  999      118.01     13,960.48
08/02/2018 INTEREST ASSESSMENT      0386  999      118.01     14,078.49
09/02/2018 INTEREST ASSESSMENT      0386  999      118.01     14,196.50
10/01/2018 FORECLOSURE FEES         0381  088       45.00     14,241.50
10/02/2018 INTEREST ASSESSMENT      0386  999      118.01     14,359.51
11/02/2018 INTEREST ASSESSMENT      0386  999      118.01     14,477.52
12/02/2018 INTEREST ASSESSMENT      0386  999      118.01     14,595.53
01/01/2019 2019 OPERATING ASSESSMENT 0365 999    1,028.48     15,624.01
01/01/2019 2019 REPLACEMENT RESERVES 0366 999      328.21     15,952.22
01/01/2019 2019 ESTIMATED REAL ESTAT 0367 999      159.62     16,111.84
01/01/2019 2019 VSN MEMBERSHIP FEE   0369 999      145.00     16,256.84
01/01/2019 2019 ARDA ROC PAC CONTRIB 0368 999        5.00     16,261.84
01/02/2019 INTEREST ASSESSMENT      0386  999      118.01     16,379.85
02/02/2019 LATE FEE ASSESSMENT      0385  999       25.00     16,404.85
02/02/2019 INTEREST ASSESSMENT      0386  999      118.01     16,522.86
02/15/2019 2019 REV ARDA ROC PAC CON 0268 903        5.00-    16,517.86
03/02/2019 INTEREST ASSESSMENT      0386  999      138.36     16,656.22
04/02/2019 INTEREST ASSESSMENT      0386  999      138.36     16,794.58
05/02/2019 INTEREST ASSESSMENT      0386  999      138.36     16,932.94
06/02/2019 INTEREST ASSESSMENT      0386  999      138.36     17,071.30
06/19/2019 FORECLOSURE FEES         0381  088       45.00     17,116.30
07/02/2019 INTEREST ASSESSMENT      0386  999      138.36     17,254.66
08/02/2019 INTEREST ASSESSMENT      0386  999      138.36     17,393.02
08/20/2019 FORECLOSURE FEES         0381  088      340.00     17,733.02
09/02/2019 INTEREST ASSESSMENT      0386  999      138.36     17,871.38
10/02/2019 INTEREST ASSESSMENT      0386  999      138.36     18,009.74
10/18/2019 FORECLOSURE FEES         0381  088       23.16     18,032.90
```

```
User  : Keri Kolodiej          Owner Condominium History          Page   :      7
Run Date: 11/01/2019               Printed 11/01/2019             Report: OLCH004
Run Time:  1:20 PM
```

```
Property : 15 Sheraton Vistana Villages Condo : 33 Bella Florida Condominium Ass
Week : 28           Unit : 025021        Owner : █████ Mtg: PIF   Occ:01/01/2004
Club: Mand. Status: FC Recorded:08/28/2003 Closed:08/28/2003 Date Off: /  /
Name     : MARIA V CLARK                              Float Annual Lockoff
Address  : 2882 MCLELLAN BLVD
         :                                  Lockout(13) 13,614.52
City     : YORKVILLE, IL  60560

Home     : ███████████████                 Return Mail
Work     :
----------------------------------------------------------------------------
Tran Date   Description              Code  Batch     Amount       Balance
 * * * End Of Owner * * *
```

# EXHIBIT 1-E

otot

NONJUDICIAL PROCEEDING TO FORECLOSE CLAIM OF
LIEN BY TRUSTEE

FILE NO.: 19-024135

BELLA FLORIDA CONDOMINIUM ASSOCIATION, INC., A
FLORIDA CORPORATION,

      Lienholder,

vs.

MARIA V. CLARK, AKA M. CLARK; ANTHONY B. CLARK, AKA
A. B. CLARK

      Obligor

_____/

## TRUSTEE'S NOTICE OF SALE

**TO:**    Maria V. Clark, AKA M. Clark, 2882 McLellan Boulevard, Yorkville, IL 60560
and    Anthony B. Clark, AKA A. B. Clark, 2882 McLellan Boulevard, Yorkville, IL 60560

    Notice is hereby given that on December 12, 2019 at 11:00AM in the offices of Manley Deas Kochalski LLC, 390 North Orange Avenue, Suite 1540, Orlando, Florida, the following described Timeshare Ownership Interest at Bella Florida Condominium will be offered for sale:

    **Unit Week 28, in Unit 02501, an Annual Unit Week, and Unit Week 28, in Unit 02502, an Annual Unit Week, in Bella Florida Condominium, pursuant to the Declaration of Condominium as recorded in Official Records Book 6222, Page 1987, Public Records of Orange County, Florida and all amendments thereof and supplements thereto ('Declaration').**

    The default giving rise to the sale is the failure to pay assessments as set forth in the Claim(s) of Lien encumbering the Timeshare Ownership Interest as recorded in Official Records 20180324081 of the public records of Orange County, Florida. The amount secured by the assessment lien is for unpaid assessments, accrued interest, plus interest accruing at a per diem rate of $3.30 together with the costs of this proceeding and sale and all other amounts secured by the Claim of Lien, for a total amount due as of the date of the sale of **$12,671.85** ("Amount Secured by the Lien").

    The Obligor has the right to cure this default and any junior interestholder may redeem its interest up to the date the Trustee issues the Certificate of Sale by sending certified funds to the Trustee payable to the Lienholder in the amount of **$12,671.85**. Said funds for cure or redemption must be received by the Trustee before the Certificate of Sale is issued.

    Any person, other than the Obligor as of the date of recording this Notice of Sale, claiming an interest in the surplus from the sale of the above property, if any, must file a claim. The successful bidder may be responsible for any and all unpaid condominium assessments that come due up to the time of transfer of title, including those owed by the Obligor or prior owner.

    If the successful bidder fails to pay the amounts due to the Trustee to certify the sale by 5:00 p.m. the day after the sale, the second highest bidder at the sale may elect to purchase the timeshare ownership interest.

Nicholas A. Woo, Esq.
Michael E. Carleton, Esq.
as Trustee pursuant to Fla. Stat. §721.82
P. O. Box 165028, Columbus, OH 43216-5028
Telephone: 407-404-5266 Telecopier: 614-220-5613

STATE OF OHIO    )
               ) SS
COUNTY OF FRANKLIN  )

The foregoing was acknowledged before me this 10 day of Oct, 2019, by
Nicholas Woo

My Commission Expires _____ Notary Public _____
NOTARY SEAL:

JENNIFER L. HARTSOOK
Notary Public, State of Ohio
My Commission Expires 06-28-2020

19-024135_PS